AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

John Ortega
_Petitioner_

v.

Eric Rardin, Warden
_Respondent_
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)
)

FILED
OCT 30 2025
CLERK'S OFFICE
DETROIT

Case: 2:25-cv-13455
Assigned To: Michelson, Laurie J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date: 10/30/2025
Description: HC Ortega v. Rardin (jo)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: John Ortega
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution Milan
   (b) Address: P.O. Box 1000, Milan, MI 48160-0190
   (c) Your identification number: 87202-510

3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   United States District Court for the Western District of New York
   (b) Docket number of criminal case: 6:24CR06109-001
   (c) Date of sentencing: 01-16-2025

   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain)*: __N/A__

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: U.S. Department of Justice, federal Bureau of Prisons, Federal Correctional Institution Milan, Eric Rardin [Warden] 4000 E. Arkona Rd. Milan, MI 48160-0190

    (b) Docket number, case number, or opinion number: Docket No. 6:24CR06109-001

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    I challenge the Bureau of Prisons improper determination that I am ineligible for FSA Federal Time Credits to be applied towards early release from confinement.

    (d) Date of the decision or action: 06-20-2025 [see EXHIBIT A - Sentence Monitoring Computation Data as of 06-20-2025]

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☒ Yes    ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Bureau of Prisons

    (2) Date of filing: The Unit Counselor lost paperwork I received in response from BOP staff.

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:
    Application of FSA FTCs to my sentence computation.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 (b) If you answered "No," explain why you did not appeal:
   N/A

8. **Second appeal**

 After the first appeal, did you file a second appeal to a higher authority, agency, or court?
 ☐ Yes     ■ No
 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court:
   N/A
  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result:   N/A
  (5) Date of result:   N/A
  (6) Issues raised:   N/A

 (b) If you answered "No," explain why you did not file a second appeal:
 No administrative remedy was available.

9. **Third appeal**

 After the second appeal, did you file a third appeal to a higher authority, agency, or court?
 ☐ Yes     ■ No
 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court:
   N/A
  (2) Date of filing:   N/A
  (3) Docket number, case number, or opinion number:
  (4) Result:   N/A
  (5) Date of result:   N/A
  (6) Issues raised:   N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

__No Administrative Remedy was available__

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes      ■ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ■ No

    If "Yes," provide:
    (1) Name of court: N/A
    (2) Case number: N/A
    (3) Date of filing: N/A
    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes      ■ No

    If "Yes," provide:
    (1) Name of court: N/A
    (2) Case number: N/A
    (3) Date of filing: N/A
    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

Under federal law, attacking the execution or manner in which my sentence is carried out is to be done by vehicle of 28 U.S.C. §2241 and not 28 U.S.C. §2255.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ■ No
    If "Yes," provide:
    (a)    Date you were taken into immigration custody: N/A
    (b)    Date of the removal or reinstatement order: N/A
    (c)    Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Date of filing: N/A
    (2) Case number: N/A
    (3) Result: N/A
    (4) Date of result: N/A
    (5) Issues raised: N/A

    (d)    Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes    ■ No
    If "Yes," provide:
    (1) Name of court: N/A
    (2) Date of filing: N/A
    (3) Case number: N/A
    (4) Result: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (5) Date of result:   N/A

    (6) Issues raised:   N/A

12. **Other appeals**

   Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

   ☐ Yes      ■ No

   If "Yes," provide:

   (a) Kind of petition, motion, or application:   N/A

   (b) Name of the authority, agency, or court:   N/A

   (c) Date of filing:   N/A

   (d) Docket number, case number, or opinion number:   N/A

   (e) Result:   N/A

   (f) Date of result:   N/A

   (g) Issues raised:   N/A

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   **GROUND ONE:** The First Step Act of 2018, Pub.L. No. 115-391, allows eligible inmates to earn time credits for participation in Evidence Based Recidivism Reduction [EBRR] programs and Productive Activities.

   (a) Supporting facts *(Be brief. Do not cite cases or law.)*:

[Continuation Page from Page 6] Page 6.01

I have successfully completed EBRR programs and PAs and I am entitled to apply earned time credits toward community placement in a Residential Reentry Center [RRC] or Home Confinement [HC], and the BOP cannot categorically determine me ineligible in a manner that contravenes the statutory provisions of the FSA which does not preclude eligible Fentanyl drug offenses as they are now doing to me.

(b) Did you present Ground One in all appeals that were available to you?
■ Yes    ☐ No

**GROUND TWO:**   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ■ No

**GROUND THREE:**
N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ■ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ■ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

There was no Administrative Remedy available.

**Request for Relief**

15. State exactly what you want the court to do: [1.] Issue a writ of habeas corpus under 28 U.S.C. §2241; [2.] Order the BOP to immediately calculate and apply Petitioner's earned FSA federal Time Credits; [3.] Order that the Petitioner be promptly considered for pre-release custody under the Second Chance Act; [4.] Grant such other relief as this Court deems just and proper.

Page 8

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

10-27-2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-27-2025

*Signature of Petitioner*

John Ortega

*Signature of Attorney or other authorized person, if any*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| John Ortega | ] |
| Petitioner, | ] |
| | ] |
| v. | ] |
| | ] PETITION FOR WRIT OF HABEAS |
| WARDEN E. RARDIN | ] CORPUS PURSUANT TO 28 U.S.C. |
| Respondent | ] §2241 |

---

NOW COMES the Petitioner, John Ortega, by pro se, and respectfully submits this petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, requesting the Court to order the Bureau of Prisons [BOP] to properly apply Earned Time Credits under the First Step Act [FSA] of 2018 and the Second Chance Act [SCA] of 2007, and in support thereof states as follows:

I. JURISDICTION AND VENUE

   1. This Court has jurisdiction pursuant to 28 U.S.C. §2241 because Petitioner is in custody under the authority of the United States and seeks relief affecting the execution of his sentence.

   2. Venue is proper in this district because Petitioner is incarcerated at Federal Correctional Institution Milan, located within the Eastern District of Michigan.

II. PARTIES

   1. Petitioner is currently in the custody of the BOP at Federal Correctional Institution Milan [FCI Milan], BOP Register Number 87202-510.

   2. Respondent is the Warden of FCI Milan, and is the immediate custodian with authority over petitioner.

III. BACKGROUND

   1. Petitioner's sentence began on 01-16-2025 in the U.S. District Court Commitment from the Western District of New York and is currently serving a sentence of 72 months and 4 years term of supervision.

   2. The First Step Act of 2018, Pub. L. No. 115-391, allows eligible inmates to earn time credits for application in Evidence-Based Recidivism Reduction [EBRRs] programs and Productive Activities [PAs] under 18 U.S.C. §3632[d][4][A].

   3. The Second Chance Act of 2007, Pub. L. No. 110-199, codified in part at 18 U.S.C. §3624[a]. authorizes eligible federal inmates to spend a portion of their sentence in Pre-Release Custody (e.g. RRC or Home Confinement).

IV. ARGUMENT
   A. THE BUREAU OF PRISONS HAS FAILED TO PROPERLY APPLY EARNED FSA TIME CREDITS

   1. Under 18 U.S.C.§3632(d)(4)(C), eligible inmates who successfully complete EBRR programs and PAs are entitled to apply earned time credits toward pre-release custody or supervised release.

   2. The BOP has failed to properly apply Petitioner's earned time credits as mandated under the statute and supported by case law. See Goodman v. Sage, 2022 WEL 18025677, at *3 (E.D. Ky. Dec. 30,2022); (holding that §2241 is an appropriate vehicle to challenge his misapplication of FSA credits):

   3. Petitioner has actively participated in and completed qualifying programs but has not received the corresponding time credits.

   B. THE BOP'S INTERPRETATION IS CONTRARY TO LEGISTLATIVE INTENT AND JUDICIAL PRECEDENT

   1. Courts in the Sixth Circuit have recognized that the BOP's

delatyed or improper application of time credits violates both statutory language and congressional intent. See Bennett v. Snyder-Norris, 2022 WL 16856103 (E.D. Ky. Nov. 10, 2022); Jones v. Ziegler, No. 5:22-CR-00165, 2022 WL 1785661 (E.D. Ky. Dec. 22,2022).

2. Petitioner respectfully asserts that the BOP's failure to account for earned time credits results in a longer incarceration period than authorized by law.

C. SECOND CHANCE ACT RELIEF IS LIKEWISE BEING IMPROPERLY WITHHELD

1. Petitioner qualifies for consideration for release to an RRC or home confinement under 18 U.S.C. §3624(c) and 36 U.S.C. §60541(g). The BOP's failure to exercise its discretion consistent with the SCA's mandates further exacerbates the harm.

V. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully prays that this Court:

1. Issue a writ of habeas corpus under 28 U.S.C. §2241;

2. Order the Bureau of Prisons to immediately calculate and apply Petitioner's earned FSA time credits;

3. Order that the Petitioner be promptly considered for pre-release custody under the SCA;

4. Grant such other relief as this Court deems just and proper.

10-27-2025

Respectfully Submitted,

John Ortega

John Ortega
Reg. No. 87202-510
FCI Milan
P.O. Box 1000
Milan, MI 48160-0190



U.S. POSTAGE PAID
FCM LG ENV
MILAN, MI 48160
OCT 27, 2025
$0.00
S2324P505183-46

Retail
48226
RDC 99

Office of the Clerk
Theodore Levin United States Courthouse
231 W. Lafayette Blvd - Room 564
Detroit, MI 48226

RECEIVED
OCT 30 2025
CLERK'S OFFICE
DETROIT

(Legal Mail to Court)

John Ortega
FCI Milan
P.O. Box 1000
Milan, MI 48160-0190

CERTIFIED MAIL
9589 0710 5270 3449 4978 72